McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-cr-00171 OWW (003) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION TO TAKE JUDICIAL |
| ) | NOTICE OF THE DETENTION ORDER |
| JOSE QUINTANILLA SILVA, ) | AND ORDER THEREON |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the court can take judicial notice of the order detaining defendant JOSE QUINTANILLA SILVA [defendant #3] made by Hon. Sandra M. Snyder in case number 01:06-cr-00162 on or about April 24, 2006. It is further stipulated that the court can impose the same order

//
//
//
//
//
//
//
//

1 detaining defendant JOSE QUINTANILLA SILVA in case number 01:06-cr-00171 OWW without

2 further hearing.

3 Dated: June 13, 2006                                         McGREGOR W. SCOTT
                                                              United States Attorney
4

5                                                             By: /s/ Laurel J. Montoya
                                                              LAUREL J. MONTOYA
6                                                             Assistant U.S. Attorney

7

8 Dated: June 13, 2006                                         /s/ Roger K. Litman
                                                              ROGER K. LITMAN
9                                                             Attorney for the Defendant

10

11

12                               ORDER OF DETENTION

13      IT IS SO ORDERED.  Defendant JOSE QUINTANILLA SILVA is ordered detained in

14 case number 01:06-cr-00171 OWW.  The same orders regarding detention previously entered in

15 case number 01:06-cr-00162 shall be entered in 01:06-cr-00171 OWW.

25 IT IS SO ORDERED.

26 **Dated:    June 16, 2006**                       **/s/ Sandra M. Snyder**
27 icido3                                            UNITED STATES MAGISTRATE JUDGE

28

2