McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JOSE QUINTANILLA SILVA,<br><br>　　　　Defendant. | 1:06-cr-00171 OWW (003)<br><br>STIPULATION TO TAKE JUDICIAL NOTICE OF THE DETENTION ORDER AND ORDER THEREON |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the court can take judicial notice of the order detaining defendant JOSE QUINTANILLA SILVA [defendant #3] made by Hon. Sandra M. Snyder in case number 01:06-cr-00162 on or about April 24, 2006. It is further stipulated that the court can impose the same order

//
//
//
//
//
//
//
//

1

detaining defendant JOSE QUINTANILLA SILVA in case number 01:06-cr-00171 OWW without further hearing.

Dated: June 13, 2006                                   McGREGOR W. SCOTT
                                                       United States Attorney


                                                       By: /s/ Laurel J. Montoya
                                                       LAUREL J. MONTOYA
                                                       Assistant U.S. Attorney


Dated: June 13, 2006                                    /s/ Roger K. Litman
                                                       ROGER K. LITMAN
                                                       Attorney for the Defendant


## ORDER OF DETENTION

IT IS SO ORDERED.  Defendant JOSE QUINTANILLA SILVA is ordered detained in case number 01:06-cr-00171 OWW.  The same orders regarding detention previously entered in case number 01:06-cr-00162 shall be entered in 01:06-cr-00171 OWW.

IT IS SO ORDERED.

**Dated:    June 16, 2006**                    /s/ Sandra M. Snyder
icido3                                         UNITED STATES MAGISTRATE JUDGE