1 ROGER K. LITMAN, 57634
Attorney at Law
2 Civic Center Square
2300 Tulare Street, Suite 230
3 Fresno, California 93721
Telephone: (559) 237-6000
4
Attorney for Defendant, JOSE QUINTANILLA-SILVA
5

6         IN THE UNITED STATES DISTRICT COURT FOR THE

7                 EASTERN DISTRICT OF CALIFORNIA

8

9 UNITED STATES OF AMERICA,   )   CASE NO.  06-00171
                                       )
10     Plaintiff,                    )
                                       )   **STIPULATION AND ORDER**
11    v.                        )
                                       )
12 JOSE QUINTANILLA-SILVA,       )
                                     )
13     Defendant.                )
_____)
14
       The parties hereto, by and through their respective attorneys, stipulate and
15
agree that the trial confirmation scheduled for June 30, 2008 be continued until
16
July 14, 2008 at 9:00 a.m. in the above-entitled court.
17
       The requested continuance is appropriate because Mr. Quintanilla-Silva'sw
18
counsel will be unavailable due to a previously scheduled vacation.  Counsel for the
19
government and Mr. Quintanilla-Silva have met and conferred on multiple
20
occasions in an effort to resolve Mr. Quintanilla-Silva's case.
21
       The parties also agree that any delay resulting from this continuance shall
22
be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),
23
3161(h)(8)(A) and 3161(h)(8)(B)(I).
24

25 DATED:  June 24, 2008             /s/ Laurel J. Montoya_____
                                                    LAUREL J. MONTOYA
26                                                     Assistant United States Attorney
                                                    **This was agreed to by Ms. Montoya**
27                                                     **in person on June 23, 2008**

28

                                                         1

1 | DATED: June 24, 2008

/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
JOSE QUINTANILLA-SILVA

4 | IT IS SO ORDERED.

5 | **Dated:    June 24, 2008**

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

2