ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JOSE QUINTANILLA-SILVA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  06-00171 |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| JOSE QUINTANILLA-SILVA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the Sentencing scheduled for October 6, 2008 be continued until October 20, 2008 at 9:00 a.m. in the above-entitled court.

The requested continuance is appropriate because defense counsel requires additional time to gather documentation describing Mr. Quintanilla-Silva's rehabilitation efforts.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  September 29, 2008          /s/ Laurel J. Montoya_____
                                    LAUREL J. MONTOYA
                                    Assistant United States Attorney
                                    **This was agreed to by Ms. Montoya**
                                    **in person on September 29, 2008**

DATED:  September 29, 2008          /s/ Roger K. Litman_____
                                    ROGER K. LITMAN
                                    Attorney for Defendant
                                    JOSE QUINTANILLA-SILVA

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO ORDERED.

**Dated:    September 29, 2008**                    **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE

2