ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JOSE QUINTANILLA-SILVA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>       )<br>     Plaintiff,      )<br>       )<br>     v.        )<br>       )<br>JOSE QUINTANILLA-SILVA,   )<br>       )<br>     Defendant.     )<br>_____) | CASE NO. 06-00171<br><br>**STIPULATION AND ORDER** |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for October 20, 2008 be continued until November 17, 2008 at 9:00 a.m. in the above-entitled court.

    The requested continuance is appropriate so that Mr. Quintanilla-Silva's sentencing will coincide with that of his brother Erasmo Silva, will allow additional needed time for defense counsel to obtain documentation concerning Mr. Quintanilla-Silva's entitlement to time credits and to document his post offense rehabilitation.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  October 16, 2008      /s/ Laurel J. Montoya
                                          LAUREL J. MONTOYA
                                          Assistant United States Attorney
                                          **This was agreed to by Ms. Montoya**
                                          **in person on October 15, 2008**

| | |
|---|---|
| DATED: October 16, 2008 | /s/ Roger K. Litman<br>ROGER K. LITMAN<br>Attorney for Defendant<br>JOSE QUINTANILLA-SILVA |

IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   October 16, 2008** | **/s/ Oliver W. Wanger**<br>UNITED STATES DISTRICT JUDGE |