ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JOSE QUINTANILLA-SILVA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 06-00171 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| JOSE QUINTANILLA-SILVA, | ) | |
| Defendant. | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for November 17, 2008 be continued until December 1, 2008 at 9:00 a.m. in the above-entitled court.

The requested continuance is appropriate so as to allow defense counsel an opportunity to file Formal Objections on Mr. Quintanilla-Silva's behalf.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: November 13, 2008      /s/ Laurel J. Montoya
                              LAUREL J. MONTOYA
                              Assistant United States Attorney
                              **This was agreed to by Ms. Montoya
                              via email on November 13, 2008**

DATED: November 13, 2008      /s/ Roger K. Litman
                              ROGER K. LITMAN
                              Attorney for Defendant
                              JOSE QUINTANILLA-SILVA

1

IT IS SO ORDERED.

**Dated:   November 13, 2008**                    /s/ Oliver W. Wanger
                                                              UNITED STATES DISTRICT JUDGE