ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JOSE QUINTANILLA-SILVA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>    Plaintiff,   )<br>   )<br>    v.   )<br>   )<br>JOSE QUINTANILLA-SILVA,   )<br>   )<br>    Defendant.   )<br>_____) | CASE NO. 06-00171<br><br>**STIPULATION AND ORDER** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for November 17, 2008 be continued until December 1, 2008 at 9:00 a.m. in the above-entitled court.

The requested continuance is appropriate so as to allow defense counsel an opportunity to file Formal Objections on Mr. Quintanilla-Silva's behalf.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: November 13, 2008    /s/ Laurel J. Montoya  
                                          LAUREL J. MONTOYA  
                                          Assistant United States Attorney  
                                          **This was agreed to by Ms. Montoya**  
                                          **via email on November 13, 2008**

DATED: November 13, 2008    /s/ Roger K. Litman  
                                          ROGER K. LITMAN  
                                          Attorney for Defendant  
                                          JOSE QUINTANILLA-SILVA

1
2  IT IS SO ORDERED.
3  **Dated:   November 13, 2008**          <u>  **/s/ Oliver W. Wanger**  </u>
                                           UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28