**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JOSE QUINTANILLA-SILVA, )<br>)<br>Defendant. )<br>_____ ) | 1:06-CR-00171 OWW<br><br>ORDER EXONERATING BOND<br>AND FOR RETURN OF NOTES<br>AND DEEDS OF TRUST |

The above-named defendant having been sentenced, and

now being in the custody of the Bureau of Prisons, it is hereby

ordered that the bond be exonerated and all notes and deeds of

trust be returned to the sureties.

Deed # 2007-0118622

IT IS SO ORDERED.

Dated:   __December 30, 2009__            _____/s/ Oliver W. Wanger_____
                                        UNITED STATES DISTRICT JUDGE